**MICHAEL R. BARRETTE (SBN 89017)**
**ATTORNEY AND COUNSELOR AT LAW**
**990 Klamath Lane, Suite 20**
**Yuba City, CA 95993**
**(530) 674-5996 – Telephone**
**(530) 674-7886 – Facsimile**
*mbarrettelaw@yahoo.com*

Attorney for Defendant, Harminder Phagura

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.: 2:15-CR-00095-GEB** |
| Plaintiff, | **AMENDMENTS TO AND REMOVAL OF OBJECTIONS BY HARMINDER S. PHAGURA TO THE FORMAL PRESENTENCE REPORT AND SENTENCING MEMORANDUM** (FRCrim.P, rule 32(f); Eastern District Local Rule 460, subd. (e).) |
| vs. | |
| **HARMINDER PHAGURA,** | |
| Defendant. | |
| | Date: March 17, 2017<br>Time: 9:00 a.m.<br>Dept.: Courtroom 10, 13th Floor<br>Honorable Garland E. Burrell |

   Defendant HARMINDER S. PHAGURA, through his counsel, hereby submits his Amendments To and Removal of Objections to the Formal Presentence Investigation Report ("PSR") and Sentencing Memorandum.

## 1. INTRODUCTION

   Based upon the representation made to defense counsel that the Probation Department and the government will concede that as to this matter that no quantities of a particular drug were involved in Defendant's offenses, Defendant Harminder Phagura will amend and remove a substantial part of his previous Objections to the Formal Presentence Investigation Report ("PSR") and Sentencing Memorandum filed on November 5, 2016.

///

## 2. OBJECTIONS REMOVED FROM CONSIDERATION BY THE COURT

Referencing directly to the paragraph numbers in the Presentence Investigation report, Defendant Harminder Phagura hereby removes his objections to the following paragraphs: 7, 10, 11, 12, 14, 15, 16, 17, 18, 25, and 28. These objections are contained on pages 7-25 of Defendant's previously filed Objection.

## 3. REMAINING MATTERS TO BE RESOLVED BY THE COURT

Referencing to the previously filed objections by the Defendant Harminder S. Phagura, the issues NOT removed as objections that still need to be resolved by the court are paragraph 27, contained in the previous objections filed by Harminder S. Phagura at pp. 18-19 and the objections by Harminder S. Phagura as to the specific parts quoted under the section of the Report entitled "Justification" identified in the previous objections filed by defendant Harminder S. Phagura 26-27.

Except as removed from consideration herein, the Defendant Harminder S. Phagura hereby relies upon all previous points raised in the previously filed Objections to the Formal Presentence Investigation Report ("PSR") and Sentencing Memorandum filed on November 5, 2016.

Respectfully submitted,

DATED: March 14, 2017                                      /s/MICHAEL R. BARRETTE
                                                           Attorney for Defendant, Harminder Phagura

///
///
///
///
///

LAW OFFICES OF                                             AMENDMENTS REMOVAL
MICHAEL R. BARRETTE                                        OF OBJECTIONS TO
                                                           SENTENCING MEMORANDUM

# CERTIFICATE OF SERTVICE

I certify that the within document was served on the following parties by electronic filing and the CM/ECF filing system in the United States District Court , Eastern District of California.

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney<br>PAUL A. HEMESATH<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814 | Hugo Ortiz<br>United States Probation Officer<br>501 I Street, Suite 2-500<br>Sacramento, CA 95814 |

DATED: March 14, 2017          /s/MICHAEL R. BARRETTE
                               Attorney for Defendant, Harminder Phagura

LAW OFFICES OF
MICHAEL R. BARRETTE

AMENDMENTS REMOVAL
OF OBJECTIONS TO
SENTENCING MEMORANDUM

3