UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
Before the Honorable Garland E. Burrell

| UNITED STATES OF AMERICA | CRIMINAL MINUTES |
|---|---|
| v. | Case No.: 2:15CR95 |
| | Date of Hearing: September 12, 2017 |
| | Deputy Clerk: Shani Furstenau |
| GURSHARAN PHAGURA | Court Reporter/ECRO: Jennifer Coulthard |

**For the Government**:

Paul Hemesath,
Assistant United States Attorney

**For the Defendant(s)**:

Tom Johnson,
[] Assistant Federal Defender
[] Appointed   [] Retained

**Interpreter Previously Sworn**:

**Defendant**:
[xx] Present   [xx] In Custody   [] Not in Custody   [] O/R   [] Bail   [] No Appearance   [] Waived   [] Failed to Appear

---

**JUDGMENT AND SENTENCING to Count(s) 2 of the Indictment Plea entered March 31, 2017.**

imprisonment:    52 months

surrender date:

term of supervised release:    36 months

recommendation:  500 hour drug treatment program    deft fined:  6,200.    [] fine waived.

restitution:                                           payable to:

special assessment:  100                               bail exonerated:

right to appeal given:  No                             [x] appeal rights waived.

Special Conditions:   See J & C Order

Other:         Government's Motion to Dismiss Remaining Counts Granted.

---

Proceeding Time: 15 minutes